## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARNSTORM RESOURCES, LLC, | § | CASE NO. 22-60246 |
| | § | |
| DEBTOR. | § | |

### SECOND MOTION OF DEBTOR TO EXTEND TIME FOR FILING CERTAIN LISTS, SCHEDULES, AND STATEMENTS PURSUANT TO BANKRUPTCY RULE 1007

**TO THE HONORABLE JOSHUA P. SEARCY, U.S. BANKRUPTCY JUDGE:**

Barnstorm Resources, LLC, debtor and debtor in possession ("Barnstorm" or the "Debtor") files this *Second Motion of Debtor to Extend Time for Filing Certain Lists, Schedules, and Statements Pursuant to Bankruptcy Rule 1007* and in support thereof would show to the Court the following.

### INTRODUCTION

1. This motion seeks authorization for the Debtor to file schedules, equity security holders list, and the statement of financial affairs by **July 13, 2022**.

2. The meeting of creditors is has been re-scheduled to July 20, 2022.

### JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to, and without limitation §§°105, and 1101 et seq. of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code").

4. Venue action is proper in this Court pursuant to 28 U.S.C. § 1409.

5. The Court may try this action to a conclusion and enter final orders under *Stern v. Marshall*, 131 S. Ct. 2594 (U.S. 2011).

## FACTUAL BACKGROUND

**The identity and background of the Debtors and Debtors in Possession.**

6. Barnstorm, which is based on Longview, Texas, is the owner and operator of various producing mineral properties situated in Johnson County, Texas.

**The Commencement of the Bankruptcy Cases.**

7. On June 7, 2022 (the "Petition Date"), Barnstorm commenced the above-captioned Chapter 11 case by filing a voluntary petition.

8. Barnstorm commenced this case in order to stop the foreclosure of the subject mineral properties by the first lien holder and following the exhaustion of attempts to delay foreclosure in order to potentially resolve the first lien indebtedness.

**Factual background in support of the relief requested, and basis of relief.**

9. The meeting of creditors has been re-set for July 20, 2022 at 10:00 a.m.

10. Debtor seeks an extension of time to file its schedules and other initial pleadings to **July 13, 2022**.

11. Bankruptcy Rules 1007(a)(5) and (c) authorizes the Court to grant an extension of the date by which the lists and the schedules and statements of the Debtor must be filed pursuant to Bankruptcy Rule 1007, "on motion for cause shown."

12. Cause exits for an extension due to the following circumstances.

   a. The Debtor retained the undersigned on June 6-7, 2022 to file this case in order to stay a foreclosure sale of the mineral properties that are described above.

   b. Since the Petition Date, the Debtor also has been focused on gathering data for, providing diligence to, and/or negotiating with one or more potential debtor-in-possession lenders which would likely take out the first lien indebtedness that precipitated this case.

    c.    The Debtor seeks this further extension of time in light of the July 1-4, 2022 long holiday weekend, and the continued need to work with potential DIP lenders (which also has been impacted by the long holiday weekend) while working on the data for the schedules.

    d.    The extension also is necessary due to the unavailability of the undersigned during June 27-30, 2022.

    e.    The undersigned conferred with Mr. Vardeman on June 29, 2022 regarding the re-scheduling of the creditors meeting to July 20, 2022 and the related adjustment of the schedules due date to July 13, 2022.

13.    If the extension is granted, the schedules and related items will be filed well in advance of the Code §341 meeting of creditors.

14.    Courts routinely have granted similar relief in other cases. Accordingly, the Debtor's request for an extension of time to file the schedules and related items is appropriate and warranted under the circumstances.

15.    Notice of this Motion has been provided to the Office of the United States Trustee and all creditors identified to date.

## RELIEF REQUESTED

16.    Accordingly, pursuant to Rule 1007, the Debtor respectfully requests an extension through and until **July 13, 2022** of the time to permitted to file its schedules, list of equity security holders, and statement of financial affairs, and any other items required by Rule 1007.

## CONCLUSION AND PRAYER

WHEREFORE, Barnstorm Resources, LLC, the debtor and debtor-in-possession, respectfully requests that the Court enter an order (i) extending through and until **July 13, 2022** the time permitted to file its schedules, list of equity security holders, and statement of financial affairs, and any other items required by Rule 1007; and (ii) granting such other and further relief to which the Debtor may be entitled at law or in equity.

*{continued on following sheet}*

Dated: July 1, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail:  jcarruth@wkpz.com


PROPOSED ATTORNEYS FOR
BARNSTORM RESOURCES, LLC
DEBTOR AND DEBTOR IN POSSESSION


### CERTIFICATE OF CONFERENCE

The undersigned hereby conferred with Mr. Vardeman at the U.S. Trustee's office on June 29, 2022 regarding re-scheduling the meeting of creditors to July 20, 2022 (which date has been re-noticed) and a new date for completion of the schedules to July 13, 2022.  Mr. Vardeman does not oppose the relief sought herein.

    */s/ Jeff Carruth*
    JEFF CARRUTH

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on July 1, 2022 by electronic notice to all ECF users who have appeared in this case to date, as set forth below and buy regular mail to the parties appearing on the attached matrix, *provided however parties receiving ECF notice did not also receive regular mail notice.*

    */s/ Jeff Carruth*
    JEFF CARRUTH

## ECF SERVICE LIST

**22-60246 Notice will be electronically mailed to:**

Jeff Carruth on behalf of Debtor Barnstorm Resources LLC
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Charles E. Lauffer, Jr. on behalf of Creditor Ralph H. Falls
raeannr@rllawfirm.net

Jeff P. Prostok on behalf of Creditor Two Sisters, LLC
jprostok@forsheyprostok.com,
lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;Calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com

Laurie A. Spindler on behalf of Creditor Gregg County
laurie.spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

## REGULAR MAIL LIST

```
Label Matrix for local noticing          10 Services Company LLC              Barnstorm Resources LLC
0540-6                                   P.O. Box 1185                        515 N. Fredonia
Case 22-60246                            Bridgeport, TX 76426-1185            Longview, TX 75601-5308
Eastern District of Texas
Tyler
Tue Jun 21 08:31:17 CDT 2022

Bridgeport Fishing Tools                 Jeff Carruth                         Elite Hydrostatic Testing LLC
218 Lake St                              Weycer, Kaplan, Pulaski & Zuber, P.C. Attn. Beth Nobile
Bridgeport, TX 76426-6034                3030 Matlock Rd., Suite 201          871 Feed Store Rd
                                         Arlington, TX 76015-2936             Bowie, TX 76230


Gregg County                             Internal Revenue Service             J-W Operating
Linebarger, Goggan, Blair & Sampson, LLP Special Procedures Staff - Insolvency Attn. Janet Peeler
c/o Sherrel K. Knighton                  PO Box 7346                          15505 Wright Brothers Dr
2777 N. Stemmons Freeway                 Philadelphia, PA 19101-7346          Addison, TX 75001-4274
Suite 1000
Dallas, TX 75207-2328

Kevin Russell                            Charles E. Lauffer Jr.               New Tex Trucking LLC
515 N Fredonia St                        Ritcheson, Lauffer & Vincent, P.C.   Attn. Jason Holley
Longview, TX 75601-5308                  Two American Center                  PO Box 64327
                                         821 ESE Loop 323, Suite 530          Lubbock, TX 79464-4327
                                         Tyler, TX 75701-9779


Jeff P. Prostok                          Russco Oil & Gas                     Laurie A. Spindler
Forshey Prostok LLP                      Attn. Raymond Russell                Linebarger, Goggan, Blair & Sampson
777 Main Street                          515 N Fredonia St                    2777 N. Stemmons Frwy Ste 1000
Suite 1550                               Longview, TX 75601-5308              Dallas, TX 75207-2328
Fort Worth, TX 76102-5384


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Two Sisters LLC                      U.S. Attorney General
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION c/o J. Patrick Murphy             Department of Justice
PO BOX 13528                             505 Pecan St Ste 201                 Main Justice Building
AUSTIN TX 78711-3528                     Fort Worth, TX 76102-4061            10th & Constitution Ave., NW
                                                                              Washington, DC 20530-0001


US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231




            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Texas Comptroller
Bankr Section
PO Box 13528
Austin, TX 78711-3528





            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.
```

```
(u)Ralph H. Falls              (u)Two Sisters, LLC              End of Label Matrix
                                                                Mailable recipients   18
                                                                Bypassed recipients    2
                                                                Total                 20
```

**PROPOSED ORDER**

motion **extend time schedules 002 (2169549x1071EA).DOCX** [2]

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BARNSTORM RESOURCES, LLC, | § § | CASE NO. 22-60246 |
| DEBTOR. | § § | |

**ORDER GRANTING SECOND MOTION OF DEBTOR TO EXTEND TIME FOR FILING CERTAIN LISTS, SCHEDULES, AND STATEMENTS PURSUANT TO BANKRUPTCY RULE 1007 (RE: DOCKET NO. 17)**

On this day came on for consideration the *Second Motion of Debtor to Extend Time for Filing Certain Lists, Schedules, and Statements Pursuant to Bankruptcy Rule 1007* (Docket No. 17) (the "Motion") filed herein on July 1, 2022 by Barnstorm Resources, LLC, debtor and debtor in possession ("Barnstorm" or the "Debtor"). The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Local Bankruptcy Rules and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT** the deadline under Fed. R. Bankr. P. 1007 for the Debtor to file the schedules, statement of financial affairs, and other remaining lists due under Rule 1007 is extended to **July 13, 2022.**

Dated: _____

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE