Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

Bankruptcy Proceeding No.: 22−60246
Chapter: 11
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barnstorm Resources LLC
   515 N. Fredonia
   Longview, TX 75601

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   83−3549725

PLEASE TAKE NOTICE that a hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 12/14/22 at 09:30 AM

to consider and act upon the following:

Hearing Set (RE: related document(s)48 Motion to Dismiss Chapter 11 Case With Waiver of 30−Day Hearing Requirement Filed by U.S. Trustee US Trustee). Hearing scheduled for 12/14/2022 at 09:30 AM at Plaza Tower Courtroom. (JD)

Dated: 10/14/22

                                    Jason K. McDonald
                                    Clerk, U.S. Bankruptcy Court