**SHANE GRAVES, P.C.**
**P.O. BOX 3763   LONGVIEW, TX  75606**
**515 N. FREDONIA STREET   LONGVIEW, TX  75601**
**(903) 235-5895**

October 14, 2021

To Whom It May Concern:

I formally waive my claim for all pre-petition fees due Shane Graves, PC from Barnstorm Resources, LLC.

These fees totaled $21,230.00 as of the date of filing and I hereby release Barnstorm from all obligation to pay said fees.

Respectfully submitted,

Shane Graves, CPA-Presicent