**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-60246** |
| | § | |
| | § | |
| **BARNSTORM RESOURCES, LLC** | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of

**Lamps Burning, LLC**, an interested party in the above-referenced proceeding.   The undersigned

hereby requests that service of all notices, pleadings and other documents filed in the above-

referenced proceeding be made upon the undersigned attorney.

Date: October 18, 2022                    Respectfully submitted,


                                                By: */s/ Patrick Kelley*
                                                Patrick Kelley
                                                PATRICK KELLEY, PLLC
                                                112 E. Line Street, Suite 203
                                                Tyler, Texas 75702
                                                Tel: (903) 630-5151
                                                Fax: (903) 630-5760
                                                Email: pat@patkelleylaw.com

                                                **ATTORNEY FOR LAMPS BURNING, LLC**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above was served through electronic mail pursuant to the Electronic Case Management System of the United States Bankruptcy Court for the Eastern District of Texas on this 18th day of October, 2022.

/s/ Patrick Kelley
Patrick Kelley