**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-60246** |
| | § | |
| | § | |
| **BARNSTORM RESOURCES, LLC** | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**JOINDER IN RESPONSE OF RIGHTWAY RESOURCES, LLC**
**TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS WITH**
**PREJUDICE, CONVERT OR ALTERNATIVELY, TO ESTABLISH**
**DEADLINES PURSUANT TO 11 U.S.C. § 1112(b) and § 105 (Dkt. #55)**

COMES NOW **Lamps Burning, LLC** and files its Joinder in the Response of Rightway

Resources, LLC to the United States Trustee's Motion to Dismiss With Prejudice, Convert, or

Alternatively, to Establish Deadlines Pursuant to 11 U.S.C. § 1112(b) and § 105 (Dkt. #55) and

in the relief sought thereby.

Date: October 18, 2022

Respectfully submitted,

By: */s/ Patrick Kelley*
Patrick Kelley
PATRICK KELLEY, PLLC
112 E. Line Street, Suite 203
Tyler, Texas 75702
Tel: (903) 630-5151
Fax: (903) 630-5760
Email: pat@patkelleylaw.com

**ATTORNEY FOR LAMPS BURNING, LLC**

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the above was served through electronic mail pursuant to the Electronic Case Management System of the United States Bankruptcy Court for the Eastern District of Texas on this 18th day of October, 2022.

*/s/ Patrick Kelley*
Patrick Kelley