## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BARNSTORM RESOURCES, LLC,** | § | **CASE NO. 22-60246** |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 46)

On this day came on for consideration the *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 46) (the "WKPZ Fee Application") filed herein on September 23, 2022 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1.      The WKPZ Fee Application is granted as set forth herein.

2.      All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3.      On an interim basis, WKPZ is awarded on an fees in the total amount of **$113.02** and expenses in the total amount of **$20,026.00** for the representation of Barnstorm by WKPZ during the Application Period, subject to later and final approval of the Court.

4.      WKPZ is authorized to deduct from any retainer on hand from the Debtor the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate, as funds become available, the fees and expenses awarded in this Order.

Signed on 10/18/2022

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE