IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Barnstorm Resources LLC** | § | |
| xx-xxxx725 | § | Case No. 22-60246 |
| 515 N. Fredonia, Longview, TX 75601 | § | |
| | § | |
| Debtor | § | Chapter 11 |

**ORDER GRANTING MOTION TO EXTEND EXCLUSIVITY PERIOD FOR
FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

ON THIS DATE the Court considered the "Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement" (the "Motion") filed on September 23, 2022, by Debtor, Barnstorm Resources LLC ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed.  The Court finds that no objection or other written response to the Motion has been timely filed by any party.  Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the "Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement" filed by Debtor, Barnstorm

Resources LLC is hereby **GRANTED** and that the exclusive periods of time provided in 11 U.S.C. § 1121 for Debtor to file a Chapter 11 and then to seek acceptances of a Chapter 11 plan are hereby extended for a period of one hundred-twenty (120) days each without prejudice to additional extensions upon subsequent motion and for cause shown.

Signed on 10/18/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE