# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **BARNSTORM RESOURCES, LLC,** | **Case No. 22-60246** |
| **DEBTOR.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned counsel for **Williams MLP Operating, LLC**, a creditor in the above-styled and numbered cause, hereby files this Notice of Appearance pursuant to Fed. R. Bankr. P. 9010, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the address and telephone number set forth below.

DATED this 18th day of October, 2022.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

/*s/ John T. Richer*
John T. Richer, Texas Bar No. 24068531
320 S. Boston, Suite 200
Tulsa, OK 74103
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
E-mail: jricher@hallestill.com

**ATTORNEYS FOR CREDITOR
WILLIAMS MLP OPERATING, LLC**

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's CM/ECF noticing system on those parties who receive notice from that system on the 18th day of October, 2022.

                                                */s/ John T. Richer*
                                                John T. Richer

5381916.1:01000.02629

2