IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-60246 |
| | § | |
| BARNSTORM RESOURCES, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 32**

**TO THE HONORABLE JOSHUA P. SEARCY, U.S. BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws Docket No. 32, a Notice of Appearance which was refiled by Docket No. 33.

Date: October 18, 2022                    Respectfully submitted,

> By: */s/ Patrick Kelley*
> Patrick Kelley
> PATRICK KELLEY, PLLC
> 112 E. Line Street, Suite 203
> Tyler, Texas 75702
> Tel: (903) 630-5151
> Fax: (903) 630-5760
> Email: pat@patkelleylaw.com
>
> **ATTORNEY FOR RIGHTWAY RESOURCES, LLC**

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the above was served through electronic mail pursuant to the Electronic Case Management System of the United States Bankruptcy Court for the Eastern District of Texas on this 18th day of October, 2022.

> */s/ Patrick Kelley*
> Patrick Kelley