EOD

10/18/2022

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARNSTORM RESOURCES, LLC, | § | CASE NO. 22-60246 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 46)**

On this day came on for consideration the *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 46) (the "WKPZ Fee Application") filed herein on September 23, 2022 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession.  The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3. On an interim basis, WKPZ is awarded on an fees in the total amount of **$113.02** and expenses in the total amount of **$20,026.00** for the representation of Barnstorm by WKPZ during the Application Period, subject to later and final approval of the Court.

4. WKPZ is authorized to deduct from any retainer on hand from the Debtor the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate, as funds become available, the fees and expenses awarded in this Order.

Signed on 10/18/2022

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-60246-jps

Barnstorm Resources LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-6      User: admin      Page 1 of 2

Date Rcvd: Oct 18, 2022      Form ID: pdf400      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barnstorm Resources LLC, 515 N. Fredonia, Longview, TX 75601-5308 |
| cr | + | J-W Power Company, Miller Mentzer Walker, P.C., P. O. Box 130, 100 N. Main Street, Palmer, TX 75152 UNITED STATES 75152-9538 |
| cr | + | Series 3880 Hulen Building, Series FTW Investment, 1000 West Weatherford Street, Fort Worth, TX 76102-1842 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 18 2022 23:37:00 | Gregg County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Lamps Burning LLC |
| cr | | Ralph H. Falls |
| intp | | Rightway Resources LLC |
| cr | | Two Sisters, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0540-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf400 | Total Noticed: 4 |

| Name | Email Address |
|---|---|
| Charles E. Lauffer, Jr. | on behalf of Creditor Ralph H. Falls raeannr@rllawfirm.net |
| Jeff Carruth | on behalf of Debtor Barnstorm Resources LLC jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeff P. Prostok | on behalf of Creditor Two Sisters  LLC jprostok@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;Calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Julie A. Walker | on behalf of Creditor J-W Power Company jwalker@milmen.com  ndoyle@milmen.com;dmiller@milmen.com |
| Laurie A Spindler | on behalf of Creditor Gregg County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com |
| Patrick Kelley | on behalf of Interested Party Lamps Burning LLC pat@patkelleylaw.com  nancy@patkelleylaw.com |
| Patrick Kelley | on behalf of Debtor Barnstorm Resources LLC pat@patkelleylaw.com  nancy@patkelleylaw.com |
| Patrick Kelley | on behalf of Interested Party Rightway Resources LLC pat@patkelleylaw.com  nancy@patkelleylaw.com |
| Randall C. Johnson | on behalf of Creditor Series 3880 Hulen Building  Series FTW Investment Group, LLC randalljohnson@hfblaw.com, shallak@hfblaw.com,jgale@hfblaw.com,NBTX@hfblaw.com |

TOTAL: 10