IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Barnstorm Resources LLC** | § | |
| xx-xxxx725 | § | Case No. 22-60246 |
| 515 N. Fredonia, Longview, TX 75601 | § | |
| | § | |
| Debtor | § | Chapter 11 |

**ORDER GRANTING MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

ON THIS DATE the Court considered the "Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement" (the "Motion") filed on September 23, 2022, by Debtor, Barnstorm Resources LLC ("Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the "Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement" filed by Debtor, Barnstorm

Resources LLC is hereby **GRANTED** and that the exclusive periods of time provided in

11 U.S.C. § 1121 for Debtor to file a Chapter 11 and then to seek acceptances of a

Chapter 11 plan are hereby extended for a period of one hundred-twenty (120) days each

without prejudice to additional extensions upon subsequent motion and for cause shown.

Signed on 10/18/2022

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:  Case No. 22-60246-jps
Barnstorm Resources LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-6 | User: admin | Page 1 of 2
Date Rcvd: Oct 18, 2022 | Form ID: pdf400 | Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barnstorm Resources LLC, 515 N. Fredonia, Longview, TX 75601-5308 |
| cr | + | J-W Power Company, Miller Mentzer Walker, P.C., P. O. Box 130, 100 N. Main Street, Palmer, TX 75152 UNITED STATES 75152-9538 |
| cr | + | Series 3880 Hulen Building, Series FTW Investment, 1000 West Weatherford Street, Fort Worth, TX 76102-1842 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 18 2022 23:37:00 | Gregg County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Lamps Burning LLC |
| cr | | Ralph H. Falls |
| intp | | Rightway Resources LLC |
| cr | | Two Sisters, LLC |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2022      Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0540-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 18, 2022 | Form ID: pdf400 | Total Noticed: 4 |

| Name | Email Address |
|---|---|
| Charles E. Lauffer, Jr. | on behalf of Creditor Ralph H. Falls raeannr@rllawfirm.net |
| Jeff Carruth | on behalf of Debtor Barnstorm Resources LLC jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeff P. Prostok | on behalf of Creditor Two Sisters  LLC jprostok@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;Calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Julie A. Walker | on behalf of Creditor J-W Power Company jwalker@milmen.com  ndoyle@milmen.com;dmiller@milmen.com |
| Laurie A Spindler | on behalf of Creditor Gregg County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com |
| Patrick Kelley | on behalf of Interested Party Lamps Burning LLC pat@patkelleylaw.com  nancy@patkelleylaw.com |
| Patrick Kelley | on behalf of Debtor Barnstorm Resources LLC pat@patkelleylaw.com  nancy@patkelleylaw.com |
| Patrick Kelley | on behalf of Interested Party Rightway Resources LLC pat@patkelleylaw.com  nancy@patkelleylaw.com |
| Randall C. Johnson | on behalf of Creditor Series 3880 Hulen Building  Series FTW Investment Group, LLC randalljohnson@hfblaw.com, shallak@hfblaw.com,jgale@hfblaw.com,NBTX@hfblaw.com |

TOTAL: 10