# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF TEXAS

### TYLER DIVISION

In Re. BARNSTORM RESOURCES, LLC

§
§
§
§
§

Debtor(s)

Case No.  22-60246

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2022

Petition Date: 06/07/2022

Months Pending: 1

Industry Classification: | 2 | 1 | 1 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/
Signature of Responsible Party

10/28/2022
Date

JEFF CARRUTH
Printed Name of Responsible Party

3030 Matlock Rd., Suite 201
Arlington, TX  76105
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name BARNSTORM RESOURCES, LLC                                    Case No. 22-60246

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $239,348 | $239,348 |
| c. Total disbursements (net of transfers between accounts) | $238,315 | $238,315 |
| d. Cash balance end of month (a+b-c) | $1,033 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $238,315 | $238,315 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $6,030 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $2,588,823 |
| c. Inventory    (Book ◯  Market ◯  Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $2,595,887 |
| e. Total assets | $2,595,887 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $14,930 |
| m. Prepetition unsecured debt | $427,469 |
| n. Total liabilities (debt) (j+k+l+m) | $442,399 |
| o. Ending equity/net worth (e-n) | $2,153,488 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $233,848 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $233,848 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $260 | |
| f. Other expenses | $69,250 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $11,800 | |
| k. Profit (loss) | $152,538 | $152,538 |

Debtor's Name BARNSTORM RESOURCES, LLC

Case No. 22-60246

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* |  |  |  | $11,800 | $11,800 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
|  | i | WEYCER, KAPLAN, PULASKI | Lead Counsel |  |  | $11,800 | $11,800 |
|  | ii |  |  |  |  |  |
|  | iii |  |  |  |  |  |
|  | iv |  |  |  |  |  |
|  | v |  |  |  |  |  |
|  | vi |  |  |  |  |  |
|  | vii |  |  |  |  |  |
|  | viii |  |  |  |  |  |
|  | ix |  |  |  |  |  |
|  | x |  |  |  |  |  |
|  | xi |  |  |  |  |  |
|  | xii |  |  |  |  |  |
|  | xiii |  |  |  |  |  |
|  | xiv |  |  |  |  |  |
|  | xv |  |  |  |  |  |
|  | xvi |  |  |  |  |  |
|  | xvii |  |  |  |  |  |
|  | xviii |  |  |  |  |  |
|  | xix |  |  |  |  |  |
|  | xx |  |  |  |  |  |
|  | xxi |  |  |  |  |  |
|  | xxii |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |
|  | xxv |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |
|  | xxix |  |  |  |  |  |
|  | xxx |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |

Debtor's Name BARNSTORM RESOURCES, LLC

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name BARNSTORM RESOURCES, LLC

Case No. 22-60246

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name BARNSTORM RESOURCES, LLC                                          Case No.  22-60246

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name BARNSTORM RESOURCES, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name BARNSTORM RESOURCES, LLC                              Case No.  22-60246

| | xcix | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | c | | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | $11,800 | $11,800 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◉   No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○   No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉   No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ◉   No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉   No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉   No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○   No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉   No ○   N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○   No ◉ |
| | If yes, are your premiums current? | Yes ○   No ○   N/A ◉   (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉   No ○ |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○   (if no, see Instructions) |
| | General liability insurance? | Yes ◉   No ○ |
| | If yes, are your premiums current? | Yes ◉   No ○   N/A ○   (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○   No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○   No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉   No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ | R. KEVIN RUSSELL |
| Signature of Responsible Party | Printed Name of Responsible Party |
| MANAGER | 10/27/2022 |
| Title | Date |

Debtor's Name BARNSTORM RESOURCES, LLC



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name BARNSTORM RESOURCES, LLC

Case No. 22-60246



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name BARNSTORM RESOURCES, LLC

Case No. 22-60246



PageThree

PageFour

UST Form 11-MOR (12/01/2021)

BARNSTORM RESOURCES, LLC                                    Case No. 22-60246

ATTACHMENT TO MOR Reporting Period Ending   06/30/22

**Statement in regard to assets, income and expenses:**


The ownership and inherent benefits of Barnstorm Resources. LLC's oil & gas interests is undetermined at this time.  These oil & gas interests are currently being held, managed, and operated by a third party through a judicial action apparently prior to the filing of the petition.  Accordingly, these assets and their related revenues and expenses are not included in these reports.

Upon a determination that these items do in fact inure to Barnstorm Resources, LLC the appropriate amended reports will be filed.

BARNSTORM RESOURCES, LLC                                           Case No. 22-60246

ATTACHMENT TO MOR Reporting Period 06/30/22

BARNSTORM RESOURCES, LLC
Case No. 22-60246

Statement of Cash Receipts & Disbursements
For the Period 6/07/22 to 06/30/22

Receipts:
| | |
|---|---:|
| Oil & Gas Revenues (1) | $233,848 |
| Input fron Toledo Gas Gathering, LLC | 5,500 |
| | |
| TOTAL RECEIPTS | $239,348 |

Disbursements:
| | |
|---|---:|
| Pre-petition Overdraft Covered (1) | $1,879 |
| Outstanding Revenue Disbursements (1) | 5,940 |
| Outstanding Partner Distributions (1) | 19,586 |
| Legal Fees (Bankrupty Attorneys) | 11,800 |
| Accounting Fees (Returned on 9/29/22) (1) | 6,030 |
| Note Payment to Austin Bank (███████) (1) | 14,171 |
| Repayment of 6/03/22 Loan to Company (1) | 15,000 |
| Reimbursement for Rent Paid FBO Company (1) | 17,100 |
| Reimbursement for Rent and Lease | |
|    Operating expenses Paid FBO Company (1) | 77,299 |
| Payment on Lease Operating Expenses (2) | 65,000 |
| Compressor Rental for June (2) | 4,250 |
| Bank Service Charges | 260 |
| | |
| TOTAL DISBURSEMENTS | $238,315 |
| | |
| CASH INCREASE/(DECREASE) | $1,033 |

(1) Denotes Pre-petition debt or receivable
(2) Unsure as to pre or post - treating as post expense)

BARNSTORM RESOURCES, LLC                                                    Case No. 22-60246

ATTACHMENT TO MOR Reporting Period Ending    06/30/22

**Part 7, Question a. Payments made on pre-petition debt**:

1. Beginning bank overdraft of $1,879 covered by deposit made on 06/08/22
2. Checks 1355 ($2,945.45), 1356 ($2,980.69), 1357 ($5,298.19), & 1358 ($14,287.53) totaling $25,525.86 written 6/02/22 (pre-petition) that cleared bank on 6/07/22 (date petition was filed).
3. Check 1362 in the amount of $4,250.00 to Russco Oil & Gas, LLC written on 6/28/22 to pay for June 2022 compressor rental.
4. Check 1363 in the amount of $6,030.00 to Shane Graves, PC written on 6/28/22 for tax return preparation services rendered in 2020.  Upon discovering that this payment was made post-petition Graves returned these funds and they were deposited into Barnstorm, LLC's DIP bank account on 9/29/22.
5. EFT to Toledo Gas Gathering, LLC on 6/27/22 in the amount of $9,040.45 reimbursing Toledo for salt water disposal costs Toledo had paid pre-petition FBO Barnstorm Resources, LLC.
6. Austin Bank debit on 6/27/22 in the amount of $14,170.65 for payment on Barnstorm's loan number ▮▮▮▮▮▮▮
7. EFT to Toledo Gas Gathering, LLC 06/27/22 in the amount of $18,259.00 reimbursing Toledo for salt water disposal costs Toledo had paid pre-petition FBO Barnstorm Resources, LLC.
8. Wire to The Cumming Company, Inc on 06/27/22 in the amount of $65,000.00 for well operation costs as well operator.
9. Wire to Houston Tall Pines, LLC on 6/28/22 in the amount of $15,000.00 repaying funds Houston Tall Pines loaned Barnstorm on 6/03/22.
10. Wire to James Kelly Russell on 6/28/22 in the amount of $17,100 repaying payment that he paid pre-petition to Mopac Management for Barnstorm's office rent.
11. EFT's to Toledo Gas Gathering, LLC in the amounts of $20,000 (6/28/22), $20,000.00 (6/28/22), and $10,000 (06/29/22) in payment towards salt water disposal costs, compressor rental, and office rent costs Toledo had paid pre-petition FBO Barnstorm Resources, LLC.

BARNSTORM RESOURCES, LLC                                          Case No. 22-60246

ATTACHMENT TO MOR Reporting Period Ending   06/30/22

**Part 7, Question c.  Payments made to insiders:**

1. Russco Oil & Gas, LLC was paid $4,250.00 on 06/28/22 for June compressor rental.
2. James Kelly Russell was paid $17,100.00 on 6/28/22 to reimburse him for rent payments he had made to Mopac Management FBO Barnstorm Resources, LLC on its office space.
3. Toledo Gas Gathering, LLC was paid $9,040.45 on 06/27/22 to reimburse it for salt water disposal costs paid by Toledo FBO Barnstorm Resources, LLC.
4. Toledo Gas Gathering, LLC was paid $18,259.00 on 06/27/22 to reimburse it for salt water disposal costs paid by Toledo FBO Barnstorm Resources, LLC.
5. Toledo Gas Gathering, LLC was paid $20,000.00 and $20,000 on 06/28/22 and $10,000.00 on 6/29/22 to partially reimburse it for salt water disposal costs, office rents, & compressor rental costs paid by Toledo FBO Barnstorm Resources, LLC.



**Austin Bank**
Member FDIC

One Plus Banking
(Toll Free) 1-888-758-BANK
www.austinbank.com

ACCOUNT:
DOCUMENTS:                    8

PAGE:    1
06/30/2022

BARNSTORM RESOURCES LLC                         30
PO BOX 2851                                      1
LONGVIEW TX  75606-2851                          7

=====================================================================
LONGVIEW OAK FOREST OFFICE                  TELEPHONE:903-295-4400
911 NW LOOP 281, SUITE 100
LONGVIEW, TX 75604
=====================================================================
   Austin Bank's newest location is scheduled to open in June 2022 in
   Montgomery, TX.  We are now serving our customers and businesses
   with 36 Texas locations within 26 cities and 14 counties.

=====================================================================
              BUSINESS ANALYSIS ACCOUNT ▉▉▉▉▉▉▉▉
=====================================================================

                          LAST STATEMENT 05/31/22              .40-
MINIMUM BALANCE          27,524.78-      5 CREDITS       254,488.29
AVERAGE BALANCE           4,019.45      28 DEBITS        253,454.30
                          THIS STATEMENT 06/30/22         1,033.59

- - - - - - - - - DEPOSITS - - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        06/03     140.00

- - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                       DATE       AMOUNT
Incoming Wire 57490259 HOUSTON TALL PINES LLC     06/03    15,000.00
Incoming Wire 57594280 TEXLA ENERGY MANAGEMENT INC 06/08   34,032.60
119178826 Transfer from BUSINESS ANALYSIS XXXXXX8454 on  06/09    5,500.00
  6/09/22 at 9:00
Incoming Wire 58048166 TEXLA ENERGY MANAGEMENT INC 06/27  199,815.69

- - - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE.....AMOUNT CHECK #..DATE......AMOUNT CHECK #..DATE......AMOUNT
  1355 06/07  2,959.45   1358*06/07  14,287.53   1363 06/29   6,030.00
  1356 06/07  2,980.69   1360*06/06   1,898.52
  1357 06/07  5,298.19   1362 06/29   4,250.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                * * * C O N T I N U E D * * *

*JEB 07.01.2022*

NOTE: See reconcilement page for important information.
Please examine at once. If no error is reported in 10 days the account will be considered correct.  All items credited subject to final payment.

NOTE: See reconcilement page for important information.
Please examine at once. If no error is reported in 10 days the account will be considered correct.  All items credited subject to final payment.



**Austin Bank**
Member FDIC

**One Plus Banking**
(Toll Free) 1-888-758-BANK
www.austinbank.com

ACCOUNT:
DOCUMENTS:                    8

PAGE:     2
06/30/2022

BARNSTORM RESOURCES LLC

======================================================================
BUSINESS ANALYSIS ACCOUNT ▮▮▮▮▮▮▮
======================================================================

- - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| CHK# 1354 AMT $4,020.49, NSF CHARGE | 06/01 | 30.00 |
| CHK# 00 AMT $15,000.00, NSF CHARGE | 06/01 | 30.00 |
| CHK# 00 AMT $15,000.00, NSF CHARGE | 06/02 | 30.00 |
| AMEX EPAYMENT RETRY PYMT W9752 | 06/02 | 15,000.00 |
| CHK# 1360 AMT $1,898.52, NSF CHARGE | 06/06 | 30.00 |
| CHK# 1358 AMT $14,287.53, NSF CHARGE | 06/07 | 30.00 |
| CHK# 1357 AMT $5,298.19, NSF CHARGE | 06/07 | 30.00 |
| CHK# 1356 AMT $2,980.69, NSF CHARGE | 06/07 | 30.00 |
| CHK# 1355 AMT $2,959.45, NSF CHARGE | 06/07 | 30.00 |
| CHK# 00 AMT $11,800.00, NSF CHARGE | 06/08 | 30.00 |
| Weycer Kaplan PURCHASE 87394120 | 06/08 | 11,800.00 |
| TGG paid water bills on A/E | 06/27 | 9,040.45 |
| PAYMENT TO COMMERCIAL/MULTI PAY LOAN 3819013161 | 06/27 | 14,170.55 |
| TGG paid Q-10 on CC | 06/27 | 18,259.00 |
| Outgoing Wire 94005 THE CUMMING COMPANY INC | 06/27 | 65,000.00 |
| Outgoing Wire 94037 Houston Tall Pines, LLC | 06/28 | 15,000.00 |
| Outgoing Wire 94035 James Kelly Russell | 06/28 | 17,100.00 |
| 113160312 Transfer to CHECKING XXXXXX8454 on 6/28/22 at 15:03 | 06/28 | 20,000.00 |
| 113145806 Transfer to CHECKING XXXXXX8454 on 6/28/22 at 15:04 | 06/28 | 20,000.00 |
| 114098510 Transfer to CHECKING XXXXXX8454 on 6/29/22 at 11:22 | 06/29 | 10,000.00 |
| SERVICE CHARGE | 06/30 | 109.92 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $210.00 | $420.00 |
| TOTAL RETURNED ITEM FEES: | $60.00 | $570.00 |

- - - - - - - DAILY BALANCE - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/01 | 60.40- | 06/07 | 27,524.78- | 06/28 | 21,423.51 |
| 06/02 | 15,090.40- | 06/08 | 5,322.18- | 06/29 | 1,143.51 |
| 06/03 | 49.60 | 06/09 | 177.82 | 06/30 | 1,033.59 |
| 06/06 | 1,878.92- | 06/27 | 93,523.51 | | |

NOTE: See reconcilement page for important information.
Please examine at once. If no error is reported in 10 days the account will be considered correct. All items credited subject to final payment.

NOTE: See reconcilement page for important information.
Please examine at once. If no error is reported in 10 days the account will be considered correct. All items credited subject to final payment.



DDA Credits - 6/3/2022

DDA Credits - 6/3/2022

1360 - $1,898.52 - 6/6/2022

1362 - $4,250.00 - 6/29/2022

1355 - $2,959.45 - 6/7/2022

1363 - $6,030.00 - 6/29/2022

1356 - $2,980.69 - 6/7/2022

1357 - $5,298.19 - 6/7/2022

1358 - $14,287.53 - 6/7/2022

7:26 AM

07/01/22

# Barnstorm Resources LLC
# Reconciliation Summary
## Austin Bank-Checking, Period Ending 06/30/2022

|  | Jun 30, 22 |
|---|---|
| **Beginning Balance** | -0.40 |
|     **Cleared Transactions** | |
|         Checks and Payments - 24 items | -253,454.30 |
|         Deposits and Credits - 5 items | 254,488.29 |
|     **Total Cleared Transactions** | 1,033.99 |
| **Cleared Balance** | **1,033.59** |
|     **Uncleared Transactions** | |
|         Checks and Payments - 93 items | -46,968.83 |
|     **Total Uncleared Transactions** | -46,968.83 |
| **Register Balance as of 06/30/2022** | **-45,935.24** |
| **Ending Balance** | -45,935.24 |

7:26 AM

07/01/22

# Barnstorm Resources LLC
## Reconciliation Detail
### Austin Bank-Checking, Period Ending 06/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | -0.40 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 24 Items** | | | | | | |
| Check | 06/01/2022 | debit | Austin Bank | X | -60.00 | -60.00 |
| Check | 06/02/2022 | 1358 | Ralph H. Falls III - C | X | -14,287.53 | -14,347.53 |
| Check | 06/02/2022 | 1357 | Ralph H. Falls III - C | X | -5,298.19 | -19,645.72 |
| Check | 06/02/2022 | 1356 | Ralph H. Falls III - C | X | -2,980.69 | -22,626.41 |
| Check | 06/02/2022 | 1355 | Ralph H. Falls III - C | X | -2,959.45 | -25,585.86 |
| Check | 06/02/2022 | debit | Austin Bank | X | -30.00 | -25,615.86 |
| Check | 06/03/2022 | debit | American Express | X | -15,000.00 | -40,615.86 |
| Check | 06/03/2022 | 1360 | 776837 Reagan & K... | X | -1,898.52 | -42,514.38 |
| Check | 06/06/2022 | debit | Austin Bank | X | -30.00 | -42,544.38 |
| Check | 06/07/2022 | EFT | WKPZ Lawyers | X | -11,800.00 | -54,344.38 |
| Check | 06/07/2022 | debit | Austin Bank | X | -120.00 | -54,464.38 |
| Check | 06/08/2022 | debit | Austin Bank | X | -30.00 | -54,494.38 |
| Check | 06/27/2022 | wire | The Cumming Com... | X | -65,000.00 | -119,494.38 |
| Bill Pmt -Check | 06/27/2022 | debit | Toledo Gas Gatheri... | X | -18,259.00 | -137,753.38 |
| Bill Pmt -Check | 06/27/2022 | debit | Austin Bank | X | -14,170.55 | -151,923.93 |
| Bill Pmt -Check | 06/27/2022 | debit | Toledo Gas Gatheri... | X | -9,040.45 | -160,964.38 |
| Bill Pmt -Check | 06/28/2022 | debit | Toledo Gas Gatheri... | X | -20,000.00 | -180,964.38 |
| Bill Pmt -Check | 06/28/2022 | debit | Toledo Gas Gatheri... | X | -20,000.00 | -200,964.38 |
| Check | 06/28/2022 | wire | James Kelly Russell | X | -17,100.00 | -218,064.38 |
| Check | 06/28/2022 | wire | Houston Tall Pines ... | X | -15,000.00 | -233,064.38 |
| Bill Pmt -Check | 06/28/2022 | 1363 | Shane Graves, P.C. | X | -6,030.00 | -239,094.38 |
| Bill Pmt -Check | 06/28/2022 | 1362 | Russco Oil & Gas LLC | X | -4,250.00 | -243,344.38 |
| Bill Pmt -Check | 06/29/2022 | debit | Toledo Gas Gatheri... | X | -10,000.00 | -253,344.38 |
| Check | 06/30/2022 | debit | Austin Bank | X | -109.92 | -253,454.30 |
| | | Total Checks and Payments | | | -253,454.30 | -253,454.30 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 06/03/2022 | | | X | 140.00 | 140.00 |
| Deposit | 06/03/2022 | | | X | 15,000.00 | 15,140.00 |
| Deposit | 06/09/2022 | | | X | 5,500.00 | 20,640.00 |
| Deposit | 06/09/2022 | | | X | 34,032.60 | 54,672.60 |
| Deposit | 06/27/2022 | | | X | 199,815.69 | 254,488.29 |
| | | Total Deposits and Credits | | | 254,488.29 | 254,488.29 |
| | | Total Cleared Transactions | | | 1,033.99 | 1,033.99 |
| **Cleared Balance** | | | | | 1,033.99 | 1,033.59 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 93 Items** | | | | | | |
| Check | 11/05/2021 | 1323 | 841635 Alice Yarbro... | | -1,023.37 | -1,023.37 |
| Check | 11/05/2021 | 1276 | 777831 Jack Edwar... | | -959.25 | -1,982.62 |
| Check | 11/05/2021 | 1285 | 778149 Richard & J... | | -943.18 | -2,925.80 |
| Check | 11/05/2021 | 1277 | 777841 Jimmy E & ... | | -915.76 | -3,841.56 |
| Check | 11/05/2021 | 1221 | 109545 Billye Barrow | | -913.26 | -4,754.82 |
| Check | 11/05/2021 | 1266 | 777157 William C & ... | | -880.83 | -5,635.65 |
| Check | 11/05/2021 | 1283 | 778141 James F & ... | | -880.83 | -6,516.48 |
| Check | 11/05/2021 | 1249 | 776347 Bob Lee & L... | | -880.83 | -7,397.31 |
| Check | 11/05/2021 | 1295 | 790090 Ricky Lavold | | -858.37 | -8,255.68 |
| Check | 11/05/2021 | 1271 | 777438 Charlie T Le... | | -810.97 | -9,066.65 |
| Check | 11/05/2021 | 1268 | 777253 Joseph C & ... | | -800.98 | -9,867.63 |
| Check | 11/05/2021 | 1300 | 790097 Marie & Jos... | | -771.01 | -10,638.64 |
| Check | 11/05/2021 | 1251 | 776391 Amy Bradle... | | -757.06 | -11,395.70 |
| Check | 11/05/2021 | 1296 | 790091 Patrick L Bu... | | -757.06 | -12,152.76 |
| Check | 11/05/2021 | 1230 | 164218 Compass R... | | -751.09 | -12,903.85 |
| Check | 11/05/2021 | 1220 | 108651 Mustange M... | | -724.21 | -13,628.06 |
| Check | 11/05/2021 | 1320 | 808689 Wash Tay H... | | -713.60 | -14,341.66 |
| Check | 11/05/2021 | 1325 | 980859 Prime 1 Join... | | -681.21 | -15,022.87 |
| Check | 11/05/2021 | 1284 | 778148 Gary E & Ll... | | -668.72 | -15,691.59 |
| Check | 11/05/2021 | 1242 | 776181 Patricia Row... | | -645.43 | -16,337.02 |
| Check | 11/05/2021 | 1299 | 790095 Jane L Kellett | | -632.85 | -16,969.87 |
| Check | 11/05/2021 | 1253 | 776563 Opal A Cobb | | -608.83 | -17,578.70 |
| Check | 11/05/2021 | 1254 | 776591 Franklin D II... | | -601.33 | -18,180.03 |
| Check | 11/05/2021 | 1237 | 250421 Dawn Marie ... | | -596.03 | -18,776.06 |

7:26 AM

07/01/22

# Barnstorm Resources LLC
## Reconciliation Detail
### Austin Bank-Checking, Period Ending 06/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 11/05/2021 | 1272 | 777552 Emory L & ... | | -578.92 | -19,354.98 |
| Check | 11/05/2021 | 1289 | 778251 Linda L & Ja... | | -576.40 | -19,931.38 |
| Check | 11/05/2021 | 1250 | 776387 Carla Bozarth | | -566.42 | -20,497.80 |
| Check | 11/05/2021 | 1232 | 164883 Richard D M... | | -562.56 | -21,060.36 |
| Check | 11/05/2021 | 1303 | 790112 Harold P Wr... | | -551.42 | -21,611.78 |
| Check | 11/05/2021 | 1294 | 790089 Hambleton ... | | -544.43 | -22,156.21 |
| Check | 11/05/2021 | 1258 | 776801 Amelia Ann ... | | -541.45 | -22,697.66 |
| Check | 11/05/2021 | 1215 | 105007 Rising Gipp... | | -533.97 | -23,231.63 |
| Check | 11/05/2021 | 1248 | 776346 Daniel B & ... | | -511.51 | -23,743.14 |
| Check | 11/05/2021 | 1312 | 790300 Ralph H Bro... | | -509.04 | -24,252.18 |
| Check | 11/05/2021 | 1263 | 776910 Hector E & ... | | -489.08 | -24,741.26 |
| Check | 11/05/2021 | 1216 | 105008 Eunice Ann ... | | -484.05 | -25,225.31 |
| Check | 11/05/2021 | 1252 | 776548 Bill Clark | | -476.60 | -25,701.91 |
| Check | 11/05/2021 | 1281 | 778061 David H Sa... | | -475.33 | -26,177.24 |
| Check | 11/05/2021 | 1311 | 790292 Teresa Sam... | | -475.33 | -26,652.57 |
| Check | 11/05/2021 | 1270 | 777377 Lee G & An... | | -472.51 | -27,125.08 |
| Check | 11/05/2021 | 1269 | 777256 Joe Jarrett | | -466.60 | -27,591.68 |
| Check | 11/05/2021 | 1223 | 112713 James Cron... | | -456.64 | -28,048.32 |
| Check | 11/05/2021 | 1287 | 778201 Roy Dean &... | | -454.13 | -28,502.45 |
| Check | 11/05/2021 | 1273 | 777577 Ralph S & S... | | -441.63 | -28,944.08 |
| Check | 11/05/2021 | 1279 | 778013 Janice Ellen... | | -440.78 | -29,384.86 |
| Check | 11/05/2021 | 1316 | 791043 James R Sh... | | -439.20 | -29,824.06 |
| Check | 11/05/2021 | 1231 | 164869 Conrad Rog... | | -439.20 | -30,263.26 |
| Check | 11/05/2021 | 1322 | 817908 Darrell & Ju... | | -439.20 | -30,702.46 |
| Check | 11/05/2021 | 1286 | 778162 Lee & Chris... | | -439.20 | -31,141.66 |
| Check | 11/05/2021 | 1274 | 777579 Joseph D & ... | | -439.20 | -31,580.86 |
| Check | 11/05/2021 | 1288 | 778239 William P & ... | | -439.20 | -32,020.06 |
| Check | 11/05/2021 | 1257 | 776775 Elmo & Mar... | | -439.20 | -32,459.26 |
| Check | 11/05/2021 | 1290 | 778360 Staci L Turner | | -439.20 | -32,898.46 |
| Check | 11/05/2021 | 1265 | 777100 Sheryl Olive... | | -434.17 | -33,332.63 |
| Check | 11/05/2021 | 1317 | 792125 Marilyn B M... | | -434.17 | -33,766.80 |
| Check | 11/05/2021 | 1324 | 906009 John C & Te... | | -421.70 | -34,188.50 |
| Check | 11/05/2021 | 1241 | 775559 Paul F & Sa... | | -419.67 | -34,608.17 |
| Check | 11/05/2021 | 1245 | 776233 Gordon & B... | | -406.76 | -35,014.93 |
| Check | 11/05/2021 | 1282 | 778105 Ronald D S... | | -387.50 | -35,402.43 |
| Check | 11/05/2021 | 1298 | 790094 Theadore R ... | | -386.75 | -35,789.18 |
| Check | 11/05/2021 | 1255 | 776609 Randy & Vic... | | -384.30 | -36,173.48 |
| Check | 11/05/2021 | 1310 | 790142 Billy Charles... | | -381.75 | -36,555.23 |
| Check | 11/05/2021 | 1210 | 29759 Julia A. Durda | | -376.80 | -36,932.03 |
| Check | 11/05/2021 | 1247 | 776309 Virgie M Be... | | -371.79 | -37,303.82 |
| Check | 11/05/2021 | 1243 | 776202 Alumbaugh | | -346.88 | -37,650.70 |
| Check | 11/05/2021 | 1267 | 777214 Bradley D & ... | | -344.32 | -37,995.02 |
| Check | 11/05/2021 | 1302 | 790110 Charles E B... | | -343.11 | -38,338.13 |
| Check | 11/05/2021 | 1278 | 777875 John Mark &... | | -341.84 | -38,679.97 |
| Check | 11/05/2021 | 1306 | 790128 Lynn Stevens | | -316.87 | -38,996.84 |
| Check | 11/05/2021 | 1291 | 778422 Ron & Doris... | | -306.92 | -39,303.76 |
| Check | 11/05/2021 | 1301 | 790103 James Edw... | | -299.41 | -39,603.17 |
| Check | 11/05/2021 | 1309 | 790141 Karl Ray Br... | | -299.41 | -39,902.58 |
| Check | 11/05/2021 | 1308 | 790140 Eric Lee Bro... | | -299.41 | -40,201.99 |
| Check | 11/05/2021 | 1297 | 790092 Sheryl Olive... | | -289.43 | -40,491.42 |
| Check | 11/05/2021 | 1319 | 794030 David Samu... | | -286.95 | -40,778.37 |
| Check | 11/05/2021 | 1244 | 776207 William E & ... | | -286.95 | -41,065.32 |
| Check | 11/05/2021 | 1315 | 790953 Joan S Dereta | | -284.49 | -41,349.81 |
| Check | 11/05/2021 | 1305 | 790127 Vickie Joe F... | | -284.49 | -41,634.30 |
| Check | 11/05/2021 | 1212 | 65472 Lisa M. Reese | | -284.49 | -41,918.79 |
| Check | 11/05/2021 | 1314 | 790940 Paul R Reed | | -284.49 | -42,203.28 |
| Check | 11/05/2021 | 1313 | 790707 Andrew L Kay | | -267.02 | -42,470.30 |
| Check | 11/05/2021 | 1226 | 114190 Jerry D Mabry | | -262.00 | -42,732.30 |
| Check | 11/05/2021 | 1321 | 812344 Black Mtn R... | | -262.00 | -42,994.30 |
| Check | 11/05/2021 | 1292 | 779299 Charles R &... | | -262.00 | -43,256.30 |
| Check | 11/05/2021 | 1307 | 790134 Herbert M &... | | -262.00 | -43,518.30 |
| Check | 11/05/2021 | 1304 | 790122 John Ashley... | | -256.98 | -43,775.28 |
| Check | 11/05/2021 | 1280 | 778054 David & She... | | -256.98 | -44,032.26 |
| Check | 11/05/2021 | 1293 | 790088 T Keith & H... | | -256.35 | -44,288.61 |
| Check | 11/05/2021 | 1318 | 794026 Leigh Ann B... | | -254.50 | -44,543.11 |
| Check | 11/05/2021 | 1256 | 776634 Vianna Sue ... | | -254.50 | -44,797.61 |
| Check | 11/05/2021 | 1275 | 777581 Miriam Ruth... | | -249.51 | -45,047.12 |

7:26 AM
07/01/22

**Barnstorm Resources LLC**
## Reconciliation Detail
### Austin Bank-Checking, Period Ending 06/30/2022

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 11/05/2021 | 1211 | 52806 Pamela Jean... | | -219.55 | -45,266.67 |
| Check | 06/03/2022 | 1359 | 777292 Martin J & G... | | -1,702.16 | -46,968.83 |
| | Total Checks and Payments | | | | -46,968.83 | -46,968.83 |
| | Total Uncleared Transactions | | | | -46,968.83 | -46,968.83 |
| Register Balance as of 06/30/2022 | | | | | -45,934.84 | -45,935.24 |
| **Ending Balance** | | | | | **-45,934.84** | **-45,935.24** |