**BARNSTORM OWNERSJHIP:**

|  | %-age I Show 6/7/2022 |
|---|---:|
| TOLEDO GAS GATHERING - **515 N Fredonia, Longview Texas 75601** | 6.750000% |
| CHARLES & DORINDA HERZOG - **326 PR5885, Yantis Texas 75497** | 9.500000% |
| LAMPS BURNING (LEE SANDERS) - **3840 Hill Top Rd. Fort Worth 76109** | 8.750000% |
| JOHN 'SCOTTY' MCLEAN - **4916 Camp Bowie Blvd. Fort Worth 76107** | 15.000000% |
| CODY SMITH (RIGHTWAY ) - **1925 Grand Ave. Ste. 129 PMB 93559 Billings, Montana 59102** | 3.750000% |
| JIM TORREY - **16 Linden Lane Greensboro NC 27410** | 1.250000% |
| MATT MALOUF (MEM MINERALS, LTD.) - **4143 Maple Ave. #325 Dallas, Texas 75219** | 1.250000% |
| JEFF FARMER - **5100 Cliffrose Lane. Fort Worth. 76109** | 2.500000% |
| DAVID DRAPER - **2617 Mockingbird Court. Fort Worth 76109** | 1.250000% |
| DAVID DRAPER 2015 IRRECOVACBLE TRUST - **2617 Mockingbird Court. Fort Worth 76109** | 1.250000% |
| BILL HESTER - **3915 Mockingbird Lane. Fort Worth, 76109** | 1.250000% |
| ANDREW WARD - **3451 Park Hollow St. Fort Worth 76109** | 1.250000% |
| CHRISTOPHER KENNEY - **5409 Night Sage Lane, Fort Worth Tx 76109** | 1.250000% |
| RALPH FALLS - **5800 Old Pineville Road, Suite 201 Charlotte NC. 28217** | 32.500000% |
| MARTHA JONES - **6 52nd Avenue Isle of Palms, SC 29451** | 9.000000% |
| JOHNY CISNE - **576 Fernwood Road, Murrells Inlet, SC 29576** | 1.500000% |
| steve robinson - **8502 Preston Road. Apt 341, Dallas , Texas 75225** | 2.000000% |
| C:\Users\jcarruth\AppData\Local\Worldox\ZMS\001\BAR113\00002\[2265155.XLSX]Sheet1 | 100.000000% |