Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

Bankruptcy Proceeding No.: 22−60246
Chapter: 11
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Barnstorm Resources LLC
515 N. Fredonia
Longview, TX 75601

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
83−3549725

PLEASE TAKE NOTICE that a hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 4/12/23 at 09:30 AM

to consider and act upon the following:

Final Hearing Set (RE: related document(s)120 Motion for Relief from Automatic Stay With Waiver of 30−Day Hearing Requirement As To All equipment and accounts receivable filed by Creditor Austin Bank, Texas N.A.). Hearing scheduled for 4/12/2023 at 09:30 AM at Plaza Tower Courtroom. (jd)

Dated: 2/28/23

Jason K. McDonald
Clerk, U.S. Bankruptcy Court